UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>                         Plaintiff,<br><br>          -against-<br><br> MICHAEL SILBERBERG,<br><br>                         Defendant. | 23-CV-2811 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

This action is stayed pending a resolution of the foreclosure action in the Circuit Court of

Cook County. ECF No. 43. The Court directs the parties to file a joint letter, updating the Court

on the status of the underlying state foreclosure action, by **April 15, 2026**, and as appropriate,

every three months thereafter.


Dated:  April 2, 2026
            White Plains, New York


                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge