**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218.5500
**F** (212) 218-5526

jyu@seyfarth.com
T (212) 218-5524

www.seyfarth.com

**MEMO ENDORSED**

April 15, 2026

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Joint Status Letter**
***Wells Fargo Bank, N.A. et al. v. Silberberg*, | Case No.: 1:23-cv-02811-JGLC**

Dear Judge Clarke:

The parties jointly write to provide a status report on the current posture of the foreclosure action pending in the Circuit Court of Cook County, Illinois between Wells Fargo Bank, N.A., et al. ("Lender") and SL Civic Wacker LLC ("SLCW"), No. 2021-CH-03945 (the "Foreclosure Action"), pursuant to the Court's Order dated April 2, 2026 [Dkt. No. 47].

Following this Court's Order dated January 3, 2024 [Dkt. No. 43], wherein it granted SLCW's Motion to Stay pending the outcome of the Foreclosure Action, Lender filed a Third Amended Verified Complaint for Mortgage Foreclosure and Other Relief (the "Amended Complaint") in the Foreclosure Action. Lender asserted new claims for recourse liability against SLCW. Thereafter, SLCW answered the Amended Complaint, and asserted several Affirmative Defenses and Counterclaims. Following briefing and oral argument on two Motions to Dismiss, two Affirmative Defenses and one Counterclaim remain. . The parties are now fully at issue in the Foreclosure Action.

The parties are presently engaged in written discovery in the Foreclosure Action, with both parties having proffered and answered written discovery upon each other as well as through dozens of third-party subpoenas. There have been discovery disputes, and although the parties have conferred on multiple occasions and worked through some of those issues, there remains written discovery issues that need to be resolved before the parties are able to commence oral discovery. The parties are presently working through those issues.



Very truly yours,

SEYFARTH SHAW LLP

*/s/ James S. Yu*

James S. Yu


cc: Michael J. Leard (counsel for SLCW)


The parties are directed to file a joint status letter no later than the earlier of: one week after the resolution of the underlying state foreclosure action or **October 16, 2026**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge
Dated: April 16, 2026
        White Plains, New York